# EXHIBIT
# "4"

COFFEY | BURLINGTON
ATTORNEYS AT LAW

**KEVIN C. KAPLAN**
kkaplan@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900 F.305·858·5261
www.coffeyburlington.com

April 15, 2020

***Via Certified Mail; Return Receipt Requested***
***Federal Express; and Email***

Hialeah 12 #41720
c/o American Multi-Cinema, Inc.
11500 Ash Street
Leawood, KS 66211
Attention: Lease Administration
zleonard@amctheatres.com
rherman@amctheatres.com
dellis@amctheatres.com
rfoth@amctheatres.com

Carmike Cinemas, Inc.
1301 First Avenue
Columbus, GA 31901

Carmike Cinemas, Inc.
c/o Fell Lease Administration
1415 W. 22nd Street, Suite 700E
Oak Brook, IL 60523

American Multi-Cinema, Inc.
11500 Ash Street
Leawood, KS 66211
zleonard@amctheatres.com
rherman@amctheatres.com
dellis@amctheatres.com
rfoth@amctheatres.com

Re: Lease Dated as of September 9, 1986, as amended, by and between Palm Springs Mile Associates, Ltd. ("Landlord") and Eastwynn Theatres, Inc., as successor to original tenant ("Tenant") ("Lease"); and Guaranty dated November 20, 2013 by Carmike Cinemas, Inc. n/k/a American Multi-Cinema, Inc. ("Guaranty")

To Whom It May Concern:

We are counsel for the Landlord. We write to provide notice that the Tenant is in breach of the Lease based on its failure to pay Rent on April 1, 2020.[1] Pursuant to the Lease, Rent is due and payable on or before the first day of each month. The amounts now overdue and outstanding are set forth on the attached report, subject to additional late fees and charges pursuant to the Lease. As you know, pursuant to the Guaranty, Carmike Cinemas, Inc. n/k/a American Multi-Cinema, Inc., as Guarantor ("Guarantor"), absolutely and unconditionally guaranteed the obligations of the Tenant under the Lease.

This letter constitutes notice and demand pursuant to the Lease for immediate payment of all amounts now due, including Articles 3, 26, and 37, and pursuant to the Guaranty.

Any further communication on behalf of Tenant should be addressed to us as counsel for the Landlord. Landlord expressly reserves all of its rights and remedies.

Sincerely,

*/s/Kevin C. Kaplan*

Kevin C. Kaplan

KCK:ldp

Enclosure

cc: Palm Springs Mile Associates, Ltd.

---

[1] All terms referenced herein are as defined in the Lease.

## Aging Detail

DB Caption: live 11/27/2018 All Selected Properties Tenant: lpi30384 Status: Current, Past, Future Age As Of: 04/30/2020 Post To: 04/2020

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Palm Springs Mile Associates, Ltd. (10303)** | | | | | | | | | | | | | | |
| **EASTWYNN THEATERS, INC.-AMC Hialeah 12 (lpi30384)** | | | | | | | | | | | | | | |
| 10303 | | EASTWYNN THEATERS, INC.-AMC Hialeah 12 | Current | C-24807 | CAMest | 04/01/2020 | 04/2020 | 10,819.53 | 10,819.53 | 0.00 | 0.00 | 0.00 | 0.00 | 10,819.53 |
| 10303 | | EASTWYNN THEATERS, INC.-AMC Hialeah 12 | Current | C-24808 | Ins | 04/01/2020 | 04/2020 | 4,215.34 | 4,215.34 | 0.00 | 0.00 | 0.00 | 0.00 | 4,215.34 |
| 10303 | | EASTWYNN THEATERS, INC.-AMC Hialeah 12 | Current | C-24809 | RetRent | 04/01/2020 | 04/2020 | 32,679.00 | 32,679.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,679.00 |
| 10303 | | EASTWYNN THEATERS, INC.-AMC Hialeah 12 | Current | C-24810 | TaxRe | 04/01/2020 | 04/2020 | 4,440.00 | 4,440.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,440.00 |
| | | **EASTWYNN THEATERS, INC.-AMC Hialeah 12** | | | | | | **52,153.87** | **52,153.87** | **0.00** | **0.00** | **0.00** | **0.00** | **52,153.87** |
| **10303** | | | | | | | | **52,153.87** | **52,153.87** | **0.00** | **0.00** | **0.00** | **0.00** | **52,153.87** |
| **Grand Total** | | | | | | | | **52,153.87** | **52,153.87** | **0.00** | **0.00** | **0.00** | **0.00** | **52,153.87** |

UserId : mcole Date : 4/13/2020 Time : 5:00 PM

**After printing this label**:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.